IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DENNIS VAN VEEN** | ) | |
| | ) | |
| **Plaintiff,** | ) | Civil Action No. 10-1635 |
| vs. | ) | |
| | ) | |
| **AT&T CORP., et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## PLAINTIFF'S PROPOSED VOIR DIRE

1. Do you know any of the attorneys, law firms, parties or witnesses in this case?

2. Did you or someone you know ever work for Trans Union, Experian, Equifax, AT&T, IDT, MCI, NCO, Navy Federal Credit Union, the Federal Communications Commission, the Pennsylvania Attorney General, or the Pennsylvania Public Utilities Commission?

3. Did you or someone you know ever work for a bank, credit card company, a money lender of any kind (auto loans, personal loans, payday loans) or a debt collection agency?

4. Did you or someone you know ever work for any credit reporting agencies other than TransUnion, Experian or Equifax or any business that prepares consumer information reports (employment, insurance, criminal background, skip tracing)?

5. Are you or is anyone in your family an attorney, a paralegal, a legal assistant or a legal secretary or otherwise employed with a law firm or in the judicial system?

6. Did you ever have a service contract with AT&T of any kind?

7. Did you have a service contract with IDT of any kind?

8. Do you own any stock in AT&T?

9. Have you ever looked at your credit report? When was the last time you looked at your credit report?

10. Do you think your credit score it important?

11. Do you have a mortgage or an auto loan?

12. Have you or someone in your family ever been a party to a lawsuit? Were you the plaintiff or defendant? What was the case about? Did you testify? What was the outcome?

13. Do you hold any negative opinions about U.S. military?

14. Do you have any strong opinions about tort reform?

15. Do you think corporations are regulated too much?

16. Could you fairly put a monetary value on the emotional distress that a person has suffered?

17. Do you believe that you could fairly award punitive damages to punish a corporate wrongdoer and deter future unlawful conduct?

Respectfully Submitted,

*/s/ Gregory Gorski*
GREGORY GORSKI
**FRANCIS & MAILMAN, P.C.**
 Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA  19110

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, **GREGORY GORSKI**, do hereby certify that on this 11th day of May, 2011, I caused a true and correct copy of Plaintiff's Proposed Voir Dire to be served by ECF notification upon the following counsel of record:

Martin C. Bryce, Jr., Esquire
Cecilia Isaacs-Blundin, Esquire
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103
bryce@ballardspahr.com
isaacsblundinc@ballardspahr.com

*Attorneys for Defendant
AT&T Corp.*

**FRANCIS & MAILMAN, P.C.**

*/s/ Gregory Gorski*
GREGORY GORSKI
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA  19110

Dated: May 11, 2011                                                Attorneys for Plaintiff