**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DENNIS VAN VEEN** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No. 10-1635** |
| **vs.** | ) | |
| | ) | |
| **AT&T CORP., et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**PLAINTIFF'S AMENDED PROPOSED JURY VERDICT FORM**

QUESTION 1

Did AT&T fail to conduct a reasonable investigation and delete, correct or mark as disputed the account that Mr. Van Veen disputed through the credit reporting agencies?

YES _____ (proceed to Question 2)

NO _____  (Advise the Marshall that your deliberations are concluded)

QUESTION 2

Was AT&T's conduct a substantial factor in causing actual damages to Mr. Van Veen?

YES _____ (proceed to Question 3)

NO _____ (proceed to Question 4)

QUESTION 3

What amount of actual damages do you award to Mr. Van Veen?

$_____ (proceed to Question 4)

QUESTION 4

Did AT&T willfully violate the FCRA?

YES       _____   (proceed to Question 5)

NO        _____  (Advise the Marshall that your deliberations are concluded)


QUESTION 5

What amount of punitive damages do you assess against AT&T?


$ _____


(Advise the Marshall that your deliberations are concluded)




Respectfully Submitted,

*/s/ Gregory Gorski*_____
GREGORY GORSKI
**FRANCIS & MAILMAN, P.C.**
 Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA  19110

Attorneys for Plaintiff

Dated: August 26, 2011

<u>**CERTIFICATE OF SERVICE**</u>

I, **GREGORY GORSKI**, do hereby certify that on this 26th day of August, 2011, I caused a true and correct copy of Plaintiff's Amended Proposed Jury Verdict Form to be served by ECF notification upon the following counsel of record:

Martin C. Bryce, Jr., Esquire
Cecilia Isaacs-Blundin, Esquire
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103
bryce@ballardspahr.com
isaacsblundinc@ballardspahr.com

*Attorneys for Defendant*
*AT&T Corp.*

**FRANCIS & MAILMAN, P.C.**

*/s/ Gregory Gorski*
GREGORY GORSKI
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA  19110

Attorneys for Plaintiff